Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. BOURQUE,<br><br>Defendant. | No. 6:20-po-00327-JDP<br><br>STIPULATION TO VACATE INITIAL APPEARANCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON |
|---|---|

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer, for the National Park Service, and David J. Bourque, by and through his attorney of record, Benjamin A. Gerson, that the initial appearance in the above referenced matter set for August 4, 2020, be vacated.  The Government agrees violation number 9292469 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 processing fee, for a total of $280.

Dated: July 27, 2020         /S/ Sean O. Anderson
                             Sean O. Anderson
                             Acting Legal Officer
                             Yosemite National Park

Dated: July 27, 2020         /S/
                             Benjamin A. Gerson
                             Attorney for Defendant
                             David J. Bourque

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. The August 4, 2020 initial appearance for *United States v. Bourque*, Case 6:20-po-00327-JDP, is vacated.

IT IS SO ORDERED.

Dated:   July 27, 2020                              _____
                                                    UNITED STATES MAGISTRATE JUDGE